UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CV00166 CEJ |
| | ) | |
| REAL PROPERTY AT | ) | |
| 5984 LINOSA COURT, LAS VEGAS,) | | |
| NEVADA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimants, David and Marnita Sparks and interested party, Countrywide Home Loans,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, the property is hereby forfeited to the United States of America,

The property shall be sold by the claimants, David and Marnita Sparks in a private sale.

Upon the sale of the forfeited defendant property, Countrywide Home Loans, the lienholder on this property, will be paid the full unpaid balance of the Note and Deed of Trust, including interest, attorneys' fees and costs incurred in the forfeiture case, No. 4:06CV00166.

After Countrywide Home Loans has been paid the full unpaid balance of the Note and Deed of Trust, including interest, attorneys' fees and costs incurred in the forfeiture case, No. 4:06CV00166, any additional money realized from the sale of the property will be released to the United States Marshal's Service to be disposed according to law.

This matter is dismissed.

IT IS SO ORDERED,

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2006